ERVILLA ARMLIN, an Infant, by ISAAC ARMLIN, Her Guardian ad Litem, Respondent, v. CLARK SPICKERMAN and Others, Comprising Board of Education of Central School District No. 1 of the Towns of Middleburgh, Fulton, Broome, Blenheim and Schoharie, Schoharie County, and Berne, Albany County, N. Y., Appellants, and EDWARD P. BAKER.— Defendants have appealed from an order of the Special Term of the Supreme Court denying their application to dismiss plaintiff's complaint for failure to state facts sufficient to constitute a cause of action. Plaintiff, an infant fourteen years of age, was an attendant at Central School District No. 1 in Schoharie county. Defendants undertook to transport her and other school children to and from their homes. The complaint alleges that while plaintiff was being transported to her home in January, 1936, because of defendants' negligence in failing to properly equip the vehicle used in transportation of plaintiff her feet were frozen. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

MAXINE HOWELL, by Her Guardian ad Litem, MARJORIE HOWELL, Respondent, v. UNION FREE SCHOOL DISTRICT No. 1 in the Town of Barton; and NATHAN G. HOLLENBECK and Others, as Trustees of Union Free School District No. 1 in the Town of Barton, Appellants.— Plaintiff, six years of age, a pupil, was injured upon a metal slide on defendants' playground. The slide was kept for the amusement of the pupils. The evidence sustains finding that one of the supports of the slide was so loosened from the handrail that an opening existed, and that when plaintiff used the slide her hand was caught, and part of her finger severed; also that defendants had notice of the defect. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.